STATE HIGHWAY COMMISSION, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Argued October 27, 1934—Decided February 4, 1935.

For the appellant, *Pierre P. Garven.*

For the respondents, *Hobart & Minard* and *John A. Bernhard.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, JJ.  7.

*For reversal*—THE CHIEF JUSTICE, PERSKIE, VAN BUSKIRK, KAYS, JJ.  4.